UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM HAKIMI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOCIETE AIR FRANCE, S.A.,<br><br>　　　　Defendant. | Case No.  18-cv-01387-JSC<br><br>**JUDGMENT** |

　　　The Court having granted Defendants' Motion to Dismiss with prejudice by Order filed October 4, 2018, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 4, 2018

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge